UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION CR 13-251 MJD |
| Plaintiff, ) | |
| ) | 18 U.S.C. § 656 |
| v. ) | |
| ) | |
| VICKI LYNN TORGERSON, ) | |
| ) | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
(Embezzlement by a Bank Officer)

From in or about July 2005 through in or about March 2013, in the State and District of Minnesota, the defendant,

**VICKI LYNN TORGERSON**,

being a Consumer Loan Officer of the Northern State Bank in Thief River Falls, Minnesota, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud said bank, willfully misapplied, embezzled, abstracted, and purloined more than $1,000 of the moneys and funds intrusted to the custody and care of the Northern State Bank, in that the defendant took $396,480 in funds from automated teller machines and back-up cassettes to those automated teller machines for her personal use, all in violation of Title 18, United States Code, Section 656.



SCANNED
OCT 16 2013
U.S. DISTRICT COURT MPLS

United States v. Vicki Lynn Torgerson

## Forfeiture Allegations

Count 1 of this Information is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(2)(A).

As the result of the offense alleged in Count 1 of this Information, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 982(a)(2)(A) any property, real or personal, which constitutes or is derived from proceeds traceable to the violations of Title 18, United States Code, Section 656.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

Dated: October 15, 2013

JOHN R. MARTI
Acting United States Attorney

BY: JOHN KOKKINEN
Assistant U.S. Attorney
Attorney ID No. 388356